FILED

August 09, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002840408

Stephen M. Reynolds, State Bar No. 148902
Lundgren & Reynolds, LLP
424 Second Street, Suite A
Davis, CA 95616
(530) 297 5030 voice
(530) 297 5077 facsimile
email sreynolds@lr-law.net

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In Re:                                              )
                                                    )
                                                    )
Michael J. DiCarlo                                  )
                                                    )
                                                    )
                                                    )
     Debtors                                        )
                                                    )
                                                    )
                                                    )
                                                    )

| | |
|---|---|
| Case No. | 10-32086-C-7 |
| DCN: | SMR-002 |
| Date: | September 7, 2010 |
| Time: | 9:30 a.m. |
| Dept: | C |
| Ctrm: | 35, 6th Floor |
| Judge: | Hon. Klein |

## MOTION TO COMPEL ABANDONMENT

[11 U.S.C. §544(b), Local Rule of Practice 9014(f)(2)]

Debtor Michael J. DiCarlo represents as follows:

1.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334. The motion is brought pursuant to Local Rule of Practice 9014(f)(2).

2.      Debtor filed the current case on May 7, 2010 as an individual voluntary case under Chapter 7 of the Bankruptcy Code. Debtor scheduled his residence at 3362 Ridgeview Drive, El Dorado Hills, CA 95762. The debt on the property is currently $445,000.00, but the value of the property is $371,238.00.

3.      11 U.S.C. §544(b) provides as follows:

(b) On request of a party in interest and after notice and hearing, the Court may order

1 the Trustee to abandon any property of the estate that is burdensome to the estate or that is of

2 inconsequential value and benefit to the estate.

3     4.    The property at 3362 Ridgeview Drive, El Dorado Hills, CA 95762 is of

4 inconsequential value to the estate or actually burdensome. No benefit would accrue to any of

5 the unsecured creditors of the estate if the real property were administered by the estate.

6     **WHEREFORE**, Debtors request an Order:

7     (a)    Compelling the Trustee to abandon the property at 3362 Ridgeview Drive, El

8 Dorado Hills, CA 95762; and

9     (b)    For such other and further relief as this Court deems just and proper.

10

11 Dated: August 9th, 2010             Lundgren & Reynolds, LLP
                              By:/s/Stephen M. Reynolds

12                               Stephen M. Reynolds
                              Attorney for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO COMPEL ABANDONMENT: MICHAEL J. DICARLO