FILED
September 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002909342

2
Susan M Didriksen, Chapter 7 Trustee
PO Box 1460
Shingle Springs, CA 95682
Tel: (530)232-6119
E-mail: didriksen1@gmail.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**MICHAEL J. DICARLO**,<br><br>Debtor. | Case No. 10-32086-C-7<br>DCN: SMD - 1<br><br>DATE: October 12, 2010<br>TIME: 9:30 A.M.<br>DEPT: C<br>COURTROOM: 35 (6th Floor) |

**TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE**

TO: THE HONORABLE CHRISTOPHER M. KLEIN, JUDGE, U. S. BANKRUPTCY COURT; THE OFFICE OF THE U. S. TRUSTEE; THE ABOVE-CAPTIONED DEBTOR; AND, THE DEBTOR'S ATTORNEY.

    The undersigned, Susan M. Didriksen, the court appointed Chapter 7 Trustee (the "Trustee") in the above-captioned Bankruptcy estate of Michael J. DiCarlo, (the "Debtor"), hereby requests that this Court approve the sale of the Bankruptcy's Estate's interest in a 2007 Kawasaki Ninja 650R, to Motorcycle Consignment, no relationship to debtor, or assignee, for a total of $2,000 cash. In support of this motion, the undersigned Trustee respectfully represents the following:

    1.    The Debtor filed a voluntary Chapter 7 Bankruptcy Petition on or about May 7, 2010, and an Order for Relief was entered thereon.

    2.    Susan M. Didriksen was appointed as the Interim Chapter 7 Trustee on or about May 7, 2010, and continues to serve in that capacity.

    3.    The Court has jurisdiction over the current motion under 28 U.S.C. §§ 157(a) and 1334. This is a core proceeding under 28 U.S.C. section 157(b)(2)(A), (N) and (O).

    4.    The Debtor filed Schedule B on or about May 7, 2010, and disclosed personal property described as follows:

"2007 Kawasaki Ninja 650R"

(hereinafter referred to as the "Motorcycle"), having a disclosed market value of $2,880.

5. The Debtor's Schedule "C" filed on or about May 7, 2010, claimed no monetary exemptions pertaining to the Motorcycle.

6. The Debtor's Schedule D filed on May 7, 2010, disclosed no indebtedness nor obligations secured by the Motorcycle.

7. The Trustee has received an offer from Motorcycle Consignment in the amount of $2,000 to purchase the aforementioned Motorcycle in an "as-is" condition from the Bankruptcy Estate.

8. The payment will be made in cash pending approval from the Court.

9. The undersigned Trustee believes that the immediate liquidation of the Subject Personal Property is in the best interest of the Bankruptcy Estate. Therefore, the trustee requests the approval from this Court to sell the aforementioned Motorcycle to Motorcycle Consignment for the amount of $2,000, subject to any overbids tendered at the Court hearing.

10. At the Court hearing, the Trustee will request that the Court solicits overbids. The Trustee further requests that overbids, if any, be submitted in minimum increments of $200.00 from qualified bidders who much contact the Trustee at least twenty-four hours prior to this hearing. Any successful over bidder must remit the full amount of the cash selling price to the Trustee within twenty-four hours after the Court hearing is concluded.

WHEREFORE, the undersigned Trustee respectfully requests that this Court: A.) Approve the sale of the aforementioned Motorcycle to the Motorcycle Consignment in the manner stated herein, B.) Provide authority for the Trustee to execute all documents necessary to complete the contemplated sale; C.) Provide for such other relief as the Court deems appropriate.

Respectfully submitted,

Dated: September 7, 2010

/s/ Susan M. Didriksen
Susan M. Didriksen, Chapter 7 Trustee